ORIGINAL

FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0544

IN RE PETITION OF LARRY D. MANSCH FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

FILED

JUN 0 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Larry D. Mansch has petitioned for reinstatement to active status in the State Bar of Montana. Mansch voluntarily resigned membership in the State Bar on March 30, 2021. The Petition states that Mansch is not currently subject to disciplinary proceedings or pending disciplinary proceedings, and has not, during the period of resignation, been charged with a criminal offense, committed any acts or omissions that would be sanctionable under the Montana Rules of Professional Conduct, accrued delinquent debt or filed for bankruptcy, or failed to fulfill the obligations of a public officer or professional license. Good cause appearing under Rule I.C.3., Rules of Admission to the Bar of Montana,

IT IS HEREBY ORDERED that the petition of Larry D. Mansch for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar, and within six (6) months shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty (30) hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. This may include approved credits previously obtained by Petitioner during the last two years, if any.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 6 day of June, 2023.

_____
Chief Justice

_/s/ Jim Rice_

_/s/ [signature]_

_/s/ [signature]_

_/s/ [signature]_

_/s/ [signature]_

_/s/ [signature]_

Justices